IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEAN AND MILDRED ANTOINE

Plaintiffs.                                                    Case No. 1:07-cv-01518

v.

U.S. BANK NATIONAL ASSOCIATION,
TRUSTEE FOR SG MORTGAGE SECURITIES,
LLC

et al.

Defendants.

## ANSWER OF DRAPER & GOLDBERG, PLLC and DARREN GOLDBERG

COMES NOW, Defendants Draper & Goldberg, PLLC and Darren Goldberg identified collectively as ("D&G") by and through counsel and files this responsive pleading to Plaintiff's Complaint and in support thereof states as follows:

1. In response to paragraph 1 – denied.

2. In response to paragraph 2– denied.

3. In response to paragraph 3 – without sufficient information to either admit or deny and therefore must deny.

4. In response to paragraph 4– without sufficient information to either admit or deny and therefore must deny.

5. In response to paragraph 5 – without sufficient information to either admit or deny and therefore must deny.

6. In response to paragraph 6 – admitted.

1

7. In response to paragraph 7 – denied. Mr. Goldberg is a member of Draper & Goldberg, PLLC.

8. In response to paragraph 8 – denied. Ms. Ting-Hopper is an associate attorney employed by Draper & Goldberg, PLLC.

9. In response to paragraph 9 (incorrectly identified as 3) – admitted.

10. In response to paragraph 10 (incorrectly identified as 4) – denied as to any acts and omissions but admit the property is real property referenced in this action is located in Washington D.C.

11. In response to paragraph 11 (incorrectly identified as 5) – without sufficient information to either admit or deny and therefore must deny.

12. In response to paragraph 12 (incorrectly identified as 6) – denied.

13. In response to paragraph 13 (incorrectly identified as 7) – admitted.

14. In response to paragraph 14 (incorrectly identified as 8) - admitted as to payment due dates but without sufficient information to either admit or deny the remaining allegations and therefore must deny.

15. In response to paragraph 15 (incorrectly identified as 9) – without sufficient information to either admit or deny and therefore must deny.

16. In response to paragraph 16 (incorrectly identified as 10) – without sufficient information to either admit or deny and therefore must deny.

17. In response to paragraph 17 (incorrectly identified as 11) –without sufficient information to either admit or deny and therefore must deny.

18. In response to paragraph 18 (incorrectly identified as 12) –without sufficient information to either admit or deny and therefore must deny.

19. In response to paragraph 19 (incorrectly identified as 13) –without sufficient information to either admit or deny and therefore must deny.

20. In response to paragraph 20 (incorrectly identified as 14) –without sufficient information to either admit or deny and therefore must deny.

21. In response to paragraph 21 (incorrectly identified as 15) – no exhibit is attached therefore Defendants must deny.

22. In response to paragraph 22 (incorrectly identified as 16) – denied.

23. In response to paragraph 23 (incorrectly identified as 17) – denied.

24. In response to paragraph 24 (incorrectly identified as 18) – denied.

25. In response to paragraph 25 (incorrectly identified as the second 18) – admit that a temporary restraining order was issued by the Superior Court on February 1, 2007 and extended for an additional 60 days but deny that such order was extended until trial.

26. In response to paragraph 26 (incorrectly identified as 19) – no exhibit is attached therefore Defendants must deny.

27. In response to paragraph 27 (incorrectly identified as 20) – admitted.

28. In response to paragraph 28 (incorrectly identified as 21) – admit that plaintiffs' first deed of trust was foreclosed on June 07, 2007 but deny that plaintiffs made timely payments or that they were current.

29. In response to paragraph 29 (incorrectly identified as 22) – denied.

30. In response to paragraph 30 (incorrectly identified as 23) – Defendants incorporate their previous responses.

31. In response to paragraph 31 (incorrectly identified as 24) –without sufficient information to either admit or deny and therefore must deny.

32. In response to paragraph 32 (incorrectly identified as 25) –without sufficient information to either admit or deny and therefore must deny.

33. In response to paragraph 33 (incorrectly identified as 26) – denied.

34. In response to paragraph 34 (incorrectly identified as 27) – denied.

35. In response to paragraph 35 (incorrectly identified as 28)–without sufficient information to either admit or deny and therefore must deny.

36. In response to paragraph 36 (incorrectly identified as 29) – denied.

37. In response to paragraph 37 (incorrectly identified as 30) – Defendants incorporate their previous responses.

38. In response to paragraph 38 (incorrectly identified as 31) – without sufficient information to either admit or deny and therefore must deny.

39. In response to paragraph 39 (incorrectly identified as 32) – without sufficient information to either admit or deny and therefore must deny.

40. In response to paragraph 40 (incorrectly identified as 33) – denied.

41. In response to paragraph 41 (incorrectly identified as 34) – Defendants incorporate their previous responses.

42. In response to paragraph 42 (incorrectly identified as 35) – denied.

43. In response to paragraph 43 (incorrectly identified as 36) – denied.

44. In response to paragraph 44 (incorrectly identified as 37) – denied.

45. In response to paragraph 45 (incorrectly identified as 38) – denied.

46. In response to paragraph 46 (incorrectly identified as 39) – denied.

47. In response to paragraph 47 (incorrectly identified as 40) – denied.

48. In response to paragraph 48 (incorrectly identified as 41) – denied.

49. In response to paragraph 49 (incorrectly identified as 42) – denied.

50. In response to paragraph 50 (incorrectly identified as 43) – denied.

51. In response to paragraph 51 (incorrectly identified as 44) – Defendants incorporate their previous responses.

52. In response to paragraph 52 (incorrectly identified as 45) – denied.

53. In response to paragraph 53 (incorrectly identified as 46) – without sufficient information to either admit or deny and therefore must deny.

54. In response to paragraph 54 (incorrectly identified as 47) – denied.

55. In response to paragraph 55 (incorrectly identified as 48) – denied.

56. In response to paragraph 56 (incorrectly identified as 49) – without sufficient information to either admit or deny and therefore must deny.

57. In response to paragraph 57 (incorrectly identified as 50) – without sufficient information to either admit or deny and therefore must deny.

58. In response to paragraph 58 (incorrectly identified as 51) – denied.

59. In response to paragraph 59 (incorrectly identified as 52) – Defendants incorporate their previous responses.

60. In response to paragraph 60 (incorrectly identified as 53) – denied.

61. In response to paragraph 61 (incorrectly identified as 54) – denied.

## AFFIRMATIVE DEFENSES

62. Plaintiffs' claims are barred under the doctrine of unclean hands.

63. Count IV is insufficient as a matter of law and should be stricken as failing to state a claim pursuant Federal Rule 12(b)(6).

64. Count V is insufficient as a matter of law and should be stricken as failing to state a claim pursuant Federal Rule 12(b)(6).

WHEREFORE Defendants pray this Honorable Court will deny the relief sought of plaintiffs and award Defendants their costs in responding to this complaint and such other relief as is deemed appropriate.

                                        Respectfully Submitted,

                                        DRAPER & GOLDBERG, PLLC

                                        /s/ James E. Clarke
                                        James E. Clarke
                                        Bar No. 460826
                                        803 Sycolin Road, Suite 301
                                        Leesburg, VA 20175
                                        703-554-6403 (voice)
                                        703-852-7050 (fax)
                                        jamesec@drapgold.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing answer was served via First Class Mail, U.S., and Postage Pre-paid this 17th day of September, 2007 to the following:

L. Saundra White, Esq.
3540 Crain Highway, #107
Bowie, MD 20716

                                                  /s/ James E. Clarke
                                                  James E. Clarke, Esq.