CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEAN & MILDRED ANTOINE     )
                                )
                                )
         Plaintiff       )
                                )
                                )
         v.             )      Civil Case Number 07-1518 (RMU)
                                )
                                )
                                )
U.S. BANK NATIONAL        )      Category    E
      ASSOCIATION, ET AL.     )
                                )
         Defendants     )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 24, 2007</u> from

<u>Judge Emmet G. Sullivan</u> to <u>Judge Ricardo M. Urbina</u> by direction of the

Calendar Committee.

(Case Randomly Assigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
      <u>Judge Sullivan</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk