UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE,<br><br>Plaintiffs,<br><br>– against –<br><br>U.S. BANK NATIONAL ASSOCIATION, ET. AL<br><br>Defendants. | ECF CASE<br><br>07 CV 1518 (RMU)<br><br>**RULE 7.1 CERTIFICATE** |

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for SG Mortgage Securities LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of SG Mortgage Securities LLC which have any outstanding securities in the hands of the public:

Société Générale, a French banking institution.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: October 4, 2007

**THACHER PROFFITT & WOOD LLP**

By: ___/s/ James E. Forde___

James E. Forde
Bar No. 443233
*Attorneys for SG Mortgage Securities, LLC*
Two World Financial Center
New York, New York  10281
(212) 912 7400

## **CERTIFICATE OF SERVICE**

I hereby certify that this 4th day of October 2007 true and correct copies of the foregoing Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia have been served upon all counsel of record in this proceeding by placing copies of the same in the U.S. Mail enclosed in properly addressed packages.

                                                                                 /s/ James E. Forde
                                                                                 James E. Forde