UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE,<br><br>Plaintiffs,<br><br>– against –<br><br>U.S. BANK NATIONAL ASSOCIATION, ET. AL<br><br>Defendants. | **ECF CASE**<br><br>07 CV 1518 (RMU)<br><br>**MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Defendant SG Mortgage Securities LLC ("SG Mortgage"), by and through its counsel Thacher Proffitt & Wood LLP hereby submits its Motion for an Extension of Time to File an Answer or Otherwise Respond to the Complaint, and in support thereof states as follows:

<u>FACTS</u>

The Complaint in this action was served upon SG Mortgage's registered agent in Delaware on September 14, 2007. Counsel for SG Mortgage was retained nine business days later on September 27, 2007. In light of the October 4, 2007 deadline to file an Answer or otherwise respond to the Complaint, counsel immediately contacted counsel for Plaintiff (L. Saundra White, Esq.) for an extension of time. (See Exhibit A to the declaration of Brendan E. Zahner ("Zahner Decl.")

This initial request for an extension was sent via email, and clearly stated that the request was for an extension of the time to answer or to file a motion against the Complaint. (See Exhibit A to the Zahner Decl.) Email was used because Ms. White's phone number is not on the Complaint or Civil Cover Sheet, and the phone numbers obtained for Ms. White through Westlaw and Martindale Hubbell are both out of date (the telephone number for Plaintiffs' counsel should

have been on the Complaint under Local Rules 5.1(e)(1) and 11.1). The docket report and attorney listing on the ECF system for this case do not list Ms. White at all, but rather indicate that the Plaintiffs are *pro se*.

Plaintiff's counsel did not respond to the initial email request, so a follow-up email was sent on October 1, 2007. (See exhibit B to the Zahner Decl.) Later on October 1, 2007, counsel for SG Mortgage obtained Ms. White's phone number from counsel to a co-defendant in this case, and called Ms. White to follow-up again on the request for an extension of time. Ms. White indicated that she had received the email request, and consented to an extension of time until October 19, 2007.

On October 2, 2007, counsel for SG Mortgage confirmed Plaintiffs' consent to the extension of time via email to Ms. White. (See exhibit C to the Zahner Decl.) Like the original request, the confirming email again stated that the extension had been consented to for the time to answer or otherwise respond to the Complaint. Ms. White never objected to this confirming email.

On October 3, 2007, counsel for SG Mortgage sent a stipulation to Ms. White that memorialized the agreement, so that the Court could "so order" the agreement among the parties. The stipulation also expressly stated that the extension had been agreed to for the time to answer or otherwise respond to the Complaint. Ms. White executed the stipulation and returned it. (See exhibit D to the Zahner Decl.)

Shortly thereafter, at approximately 5:00 p.m. on October 3, Ms. White indicated orally that she was withdrawing her agreement and would only consent to an extension of the time to answer the Complaint (i.e. the time to file a motion would not be extended). After discussing this withdrawal for several minutes, Ms. White hung up the phone in the middle of the

conversation.  Ms. White confirmed her withdrawal of consent via email and by faxing the stipulation again with her name crossed out.  (See exhibits E and F to the Zahner Decl.)

<u>ARGUMENT</u>

SG Mortgage is requesting a relatively modest fifteen day extension of the time to answer or otherwise respond to the Complaint.  Requests of this nature are routinely made and granted as a matter of professional courtesy.  This is the first request for an extension of time, and there are currently no other deadlines in the case to be affected by the requested extension.  SG Mortgage makes this request so that its counsel will have adequate time to assess the claims against SG Mortgage, advise SG Mortgage with regard to those claims and then respond to those claims.  In addition, most (if not all) of the allegations concern alleged acts or omissions by the loan servicer, not SG Mortgage.  SG Mortgage therefore must gather information from the servicer in order to properly respond to the Complaint.  SG Mortgage believes it has several viable bases to dismiss some or all of the claims against it, and it should not be prevented from investigating and adequately presenting those bases to the Court by a last minute reversal of consent by Plaintiffs.

But for the difficulty in contacting Plaintiffs' counsel and Plaintiffs literally withdrawing consent at the last minute, this request would have been made further in advance of the deadline.  Even assuming that in good faith Plaintiffs' counsel misunderstood the clear language of the written request, the confirming email and the formal stipulation, SG Mortgage should not now be prejudiced by the almost unprecedented last minute withdrawal of consent by Plaintiffs.

Although the phone call with Ms. White was abruptly terminated, her apparent basis for withdrawing consent was that a potential motion to dismiss would not be considered a responsive pleading and such a motion might delay the case and/or cause her to do significant work in

opposing the motion. Even if those things are true, the Federal Rules of Civil Procedure nonetheless permit parties to make motions. Plaintiffs are alleging damages in excess of $2.5 million against SG Mortgage, and they should expect that this case will be defended. SG Mortgage should not be prevented from adequately preparing its defense of this case through the gamesmanship of granting and then withdrawing consent to an extension of time.

CONCLUSION

For all of the above reasons, SG Mortgage requests that its time to answer or otherwise respond to the Complaint be extended to and including October 19, 2007, and such other and further relief as the Court deems just.

STATEMENT PURSUANT TO LOCAL RULE 7(m)

Counsel for SG Mortgage discussed and requested the relief sought in this motion with counsel for Plaintiffs, who refused to consent.

Dated: October 4, 2007

**THACHER PROFFITT & WOOD LLP**

By:    /s/ James E. Forde
      James E. Forde
      Bar No. 443233
      Attorneys for SG Mortgage Securities, LLC
      Two World Financial Center
      New York, New York  10281
      (212) 912 7400

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 4th day of October 2007 true and correct copies of the foregoing motion, proposed order and accompanying declaration have been served upon all counsel of record in this proceeding by placing copies of the same in the U.S. Mail enclosed in properly addressed packages.


                                                  <u>      /s/ James E. Forde          </u>

                                                     James E. Forde

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE,<br><br>Plaintiffs,<br><br>– against –<br><br>U.S. BANK NATIONAL ASSOCIATION, ET. AL<br><br>Defendants. | **ECF CASE**<br><br>07 CV 1518 (RMU)<br><br>**DECLARATION OF<br>BRENDAN E. ZAHNER** |

Pursuant to 28 U.S.C. § 1746, **BRENDAN E. ZAHNER** hereby declares under penalty of perjury:

1.     I am an associate with the law firm of Thacher Proffitt & Wood LLP, counsel to SG Mortgage Securities LLC ("SG Mortgage"), and make this declaration in support of SG Mortgage's Motion for an Extension of Time to File an Answer or Otherwise Respond to the Complaint.

2.     Attached hereto as Exhibit A is a true and correct copy of an email I sent to L. Saundra White, Esq. on September 27, 2007.

3.     Attached hereto as Exhibit B is a true and correct copy of an email I sent to L. Saundra White, Esq. on October 1, 2007.

4.     Attached hereto as Exhibit C is a true and correct copy of an email I sent to L. Saundra White, Esq. on October 2, 2007.

5.     Attached hereto as Exhibit D is a true and correct copy of the executed stipulation that Ms. White returned to me on October 3, 2007.

6.     Attached hereto as Exhibit E is a true and correct copy of an email sent to me by L. Saundra White, Esq. at 5:04 p.m. on October 3, 2007.

7.    Attached hereto as Exhibit F is a true and correct copy of a facsimile sent to me by L. Saundra White, Esq. on October 3, 2007.

8.    On October 1, 2007, I spoke to Ms. White, who confirmed that she had received my email requests and who consented orally to an extension until October 19, 2007.

9.    At approximately 5:00 p.m. on October 3, 2007, Ms. White told me in a telephone conversation that she was withdrawing her agreement and would only consent to an extension of the time to answer the Complaint, and that she would not consent to an extension of time to file a motion against the Complaint. As I was discussing this withdrawal and asking her to reconsider that decision, Ms. White hung up on me in the middle of the conversation.

10.    The only reasons Ms. White gave for withdrawing consent were that a motion to dismiss would not be considered a responsive pleading and such a motion might delay the case and/or cause her to do significant work in opposing the motion.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on: October 4, 2007

BRENDAN E. ZAHNER

2

# EXHIBIT A

**Zahner, Brendan E.**

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Thursday, September 27, 2007 4:04 PM |
| **To:** | 'whitelegalgrp@aol.com' |
| **Subject:** | Antoine case |

Ms. White,

Our firm is in the process of being retained by SG Mortgage Securities, LLC in connection with the Antoine case, which is pending in the USDC for DC as case no. 07-1518. Because we just received the Complaint today and are still in the process of being formally retained, we request a 29 day extension of time to answer or otherwise respond to the Complaint, to and including November 2, 2007. We would appreciate your courtesy in this matter.

Regards,

Brendan Zahner

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
Direct: 212.912.7622
Fax: 212.912.7751
bzahner@tpw.com
www.tpw.com

EXHIBIT B

**Zahner, Brendan E.**

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Monday, October 01, 2007 4:24 PM |
| **To:** | 'whitelegalgrp@aol.com' |
| **Subject:** | RE: Antoine case |

Ms. White,

Can you please contact me with regard to the request below?

Thank you,

Brendan Zahner

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
Direct: 212.912.7622
Fax: 212.912.7751
bzahner@tpw.com
www.tpw.com

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Thursday, September 27, 2007 4:04 PM |
| **To:** | 'whitelegalgrp@aol.com' |
| **Subject:** | Antoine case |

Ms. White,

Our firm is in the process of being retained by SG Mortgage Securities, LLC in connection with the Antoine case, which is pending in the USDC for DC as case no. 07-1518. Because we just received the Complaint today and are still in the process of being formally retained, we request a 29 day extension of time to answer or otherwise respond to the Complaint, to and including November 2, 2007. We would appreciate your courtesy in this matter.

Regards,

Brendan Zahner

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
Direct: 212.912.7622
Fax: 212.912.7751
bzahner@tpw.com
www.tpw.com

1

EXHIBIT C

**Zahner, Brendan E.**

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Tuesday, October 02, 2007 1:45 PM |
| **To:** | 'whitelegalgrp@aol.com' |
| **Subject:** | RE: Antoine case |

Ms. White,

This email will confirm your agreement to extend the time for SG Mortgage Securities, LLC to answer or otherwise respond to the Complaint to and including October 19, 2007.

Thank you,
Brendan Zahner

---

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Monday, October 01, 2007 4:24 PM |
| **To:** | 'whitelegalgrp@aol.com' |
| **Subject:** | RE: Antoine case |

Ms. White,

Can you please contact me with regard to the request below?

Thank you,

Brendan Zahner

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
Direct: 212.912.7622
Fax: 212.912.7751
bzahner@tpw.com
www.tpw.com

---

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Thursday, September 27, 2007 4:04 PM |
| **To:** | 'whitelegalgrp@aol.com' |
| **Subject:** | Antoine case |

Ms. White,

Our firm is in the process of being retained by SG Mortgage Securities, LLC in connection with the Antoine case, which is pending in the USDC for DC as case no. 07-1518. Because we just received the Complaint today and are still in the process of being formally retained, we request a 29 day extension of time to answer or otherwise respond to the Complaint, to and including November 2, 2007. We would appreciate your courtesy in this matter.

Regards,

Brendan Zahner

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
Direct: 212.912.7622
Fax: 212.912.7751
bzahner@tpw.com
www.tpw.com

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

JEAN AND MILDRED ANTOINE,

                Plaintiffs,

– against –

U.S. BANK NATIONAL ASSOCIATION, ET. AL

                Defendants.

**ECF CASE**

07 CV 1518 (RMU)

**STIPULATION
AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned counsel that the time for Defendant SG Mortgage Securities, LLC to answer or

otherwise move against the Complaint is extended to and including October 19, 2007.

THACHER PROFFITT & WOOD LLP

By: _James E. Forde_

James E. Forde
Bar No. 443233
Attorneys for SG Mortgage Securities, LLC
Two World Financial Center
New York, New York 10281
(212) 912 7400

L. Saundra White
Bar No. MD 012370
Attorney for Plaintiffs
3540 Crain Highway, #107
Bowie, MD 20716
(301) 538 2158

SO ORDERED:

_____

U.S.D.J.

EXHIBIT E

## Zahner, Brendan E.

**From:**    whitelegalgrp@aol.com
**Sent:**    Wednesday, October 03, 2007 5:03 PM
**To:**      Zahner, Brendan E.; WhiteLegalGrp@aol.com
**Subject:** Re: Antoine case

I originally signed and faxed your Stipulation and order based on the understanding that you needed additional time to answer to the complaint. Per my recent conversation with you, you indicated that the extension could possibly be used to file a Motion to Dismiss. Because the Stipulation and Order that you submitted contains language hinting to a document other than a responsive pleading, I am now withdrawing my consent /signature to the Stipulation and Order and will consent to extend the time only for **answering** the complaint.

-Sincerely,

L. Saundra White, Esq.
Attorney for Plaintiffs


-----Original Message-----
From: Zahner, Brendan E. <BZahner@tpw.com>
To: whitelegalgrp@aol.com
Sent: Wed, 3 Oct 2007 2:57 pm
Subject: Antoine case

Ms. White,

Can you please sign and return the attached stipulation to me, I'd like
to file it as soon as possible.

Thank you,

Brendan Zahner

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
Direct: 212.912.7622
Fax: 212.912.7751
bzahner@tpw.com
www.tpw.com


---------------------------------------------------------------------------
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by
the IRS, we inform you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any
transaction or matter addressed herein.
*  *  *  *  *  *  *  *  *  *  *  *
NOTICE: This e-mail and any attachment contain confidential information that may
be legally privileged. If you are not the intended recipient, you must not
review, retransmit, print, copy, use or disseminate it. Please immediately

10/4/2007

notify us by return e-mail and delete it.  If this e-mail contains a forwarded
e-mail or is a reply to a prior e-mail, the contents may not have been produced
by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's
responsibility to take measures to ensure that this e-mail is virus free, and no
responsibility is accepted by Thacher Proffitt & Wood LLP for any loss or damage
arising in any way from its use.
================================================================================

Email and AIM finally together. You've gotta check out free <u>AOL Mail</u>!

# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE, | **ECF CASE** |
| Plaintiffs, | |
| – against – | 07 CV 1518 (RMU) |
| U.S. BANK NATIONAL ASSOCIATION, ET. AL | **STIPULATION AND ORDER** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned counsel that the time for Defendant SG Mortgage Securities, LLC to answer or

otherwise move against the Complaint is extended to and including October 19, 2007.

**THACHER PROFFITT & WOOD LLP**

By: _James E. Forde_
    James E. Forde
    Bar No. 443233
    Attorneys for SG Mortgage Securities, LLC
    Two World Financial Center
    New York, New York 10281
    (212) 912 7400

L. Saundra White
Bar No. MD 012370
Attorney for Plaintiffs
3540 Crain Highway, #107
Bowie, MD 20716
(301) 538 2158

10/3/07

*Signature revoked/withdrawn*

SO ORDERED:

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE, | **ECF CASE** |
| Plaintiffs, | 07 CV 1518 (RMU) |
| – against – | |
| U.S. BANK NATIONAL ASSOCIATION, ET. AL | **PROPOSED ORDER** |
| Defendants. | |

ON THIS DATE the Court considered SG Mortgage Securities LLC's ("SG Mortgage")

Motion for an Extension of Time to File an Answer or Otherwise Respond to the Complaint.

The Court having considered the same is of the opinion it should be granted.

IT IS HEREBY ORDERED, that SG Mortgage's Motion for an Extension of Time to

File an Answer or Otherwise Respond to the Complaint is granted, and the time for SG Mortgage

to file an Answer or to otherwise respond to the Complaint, including the filing of a motion to

dismiss, is hereby extended to and including October 19, 2007.

SIGNED on this _____ day of _____ 2007 at Washington, DC.

_____

HON. RICARDO URBINA
UNITED STATES DISTRICT JUDGE