IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEAN AND MILDRED ANTOINE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:07-cv-01518 |
| v. | ) | |
| | ) | RULE 7.1 DISCLOSURE |
| U.S. BANK NATIONAL ASSOCIATION, *et al.* | ) | STATEMENT |
| | ) | |
| Defendants. | ) | |

Certificate of Defendant U.S. Bank National Association as required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for U.S. Bank National Association, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or corporate affiliates of U.S. Bank National Association which have any outstanding securities in the hands of the public:

U.S. Bancorp.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/   Thomas M. Hefferon
Thomas M. Hefferon (D.C. Bar No. 461750)
GOODWIN PROCTER LLP
*Attorneys for U.S. Bank National Association*
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000 (telephone)
(202) 346-4444 (facsimile)

Dated: October 26, 2007

## CERTIFICATE OF SERVICE

I, Thomas M. Hefferon, hereby certify that the foregoing Rule 7.1 Disclosure Statement filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2007.

/s/   Thomas M. Hefferon

LIBW/1659257.1