IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. BANK NATIONAL ASSOCIATION, *et al.* )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:07-cv-01518-RMU |

**NOTICE OF APPEARANCE**

**CLERK OF THE COURT:**

Please enter the appearance of:

> Eric J. Hager (Bar. No. 975861)
> GOODWIN PROCTER LLP
> 901 New York Ave., NW
> Washington, D.C. 20001
> (202) 346-4233 (telephone)
> (202) 346-4444 (facsimile)

as counsel for defendants U.S. Bank National Association, SG Mortgage Securities, LLC, Wells Fargo Bank National Association, and America's Servicing Company in the above-captioned matter.

Respectfully submitted,

_/s/ Eric J. Hager___
Eric J. Hager

## CERTIFICATE OF SERVICE

     I, Eric J. Hager, hereby certify that the foregoing Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 9, 2007.

                                       /s/   Eric J. Hager
                                       Eric J. Hager

LIBW/1662273.1