AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9/14/07 |
| NAME OF SERVER *(PRINT)*  Barbara Redden | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Served upon US Bank, NA Resident Agt CSC - Corporation Services Company 7 St. Paul Street, Suite 1660, Baltimore, MD 21202 @ 2:15 pm

## STATEMENT OF SERVICE FEES

| TRAVEL  60,00 | SERVICES  $45.00 | TOTAL  $105.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/14/07
            Date

Signature of Server  *Barbara Redden*

6418 Gwinnett Ln  Bowie, MD 20720
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/14/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Barbara Redden | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Resident Agent: ASC Subsidiary of Wells Fargo
    271 Centerville Rd Ste 400
    Wilmington, DE 19808
10:40am delivered to Receptionist. Refused to give name but she said she would give to Mary Drummond

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/14/07
        Date

        Barbara Redden
        *Signature of Server*

        6418 Gwinnett Ln
        Bowie, MD 20720
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-28-07 | |
| NAME OF SERVER (PRINT) Britney White | TITLE Process Server | |

_Check one box below to indicate appropriate method of service_

☑ Served personally upon the defendant. Place where served: Darren Goldberg, Esq

803 Sycolin Road, Ste 301

Leesburg, VA 20175

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $60.00 (Gas) | SERVICES $45.00 | TOTAL $105.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8-29-07___          _____
                  Date                   Signature of Server

4312 Arabella

Largo, MD 20772
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8 - 28 - 07 |
| NAME OF SERVER *(PRINT)* Britney White | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served complaint & summons for Draper & Goldberg on Darren Goldberg at 803 Sycolin Road, Ste. 301 Leesburg, VA 20175

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-29-07        _____
                Date              Signature of Server

                          4312 Arabella
                          Largo, MD 20774
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/14/07 | |
| NAME OF SERVER *(PRINT)* Barbara Redden | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Resident Agent SG Mortgage Securities, LLC
   1209 Orange Street
   Wilmington, DE 19801
   Served at 11:31AM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 45.00 | TOTAL 45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/14/07___          _Barbara Redden_
                *Date*                *Signature of Server*

                                 6418 Gwinnett Lane
                                 Bowie, MD 20720
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003)  Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/14/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Barbara Redden | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon resident Agent of Wells Fargo Corporation Service Company
2711 Centerville Rd Ste 400
Wilmington, DE 19808
Served @ 10:48 Am

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20.05 (Bw) | 45.00 | $125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/14/07
        Date

           Barbara Redden
           Signature of Server

           6418 Gwinnett Ln
           Bowie, MD 20720
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/18/07 |
| NAME OF SERVER *(PRINT)* Britney White | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed Summons and complaint to Rita Ting-Hooper last known address at 1800 N. Edgewood Street, Arlington VA 22201. by priority mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $5.25 (priority mail) | TOTAL $5.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07
　　　　　　　　Date

　　　　　　　　Signature of Server

　　　　　　　　4312 Arabella
　　　　　　　　Largo, MD 20772
　　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.