THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN AND MILDRED ANTOINE** | ) |
| | ) |
| | ) |
| Plaintiffs | ) CASE NO: 1:07-cv-01518 |
| v. | ) |
| | ) |
| **U.S. BANK NATIONAL ASSOCIATION,** et. al. | ) |

## PLAINTIFFS MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANT RITA TING-HOPPER

**NOW COMES** Plaintiffs Jean and Mildred Antoine by and through their counsel hereby moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for a Default Judgment against Defendant Rita Ting-Hopper who has been served but failed to answer or file a responsive pleading to the complaint within the prescribed time period. In support of this motion, the Court is respectfully referred to the memorandum of points and authorities attached herewith.

Respectfully submitted,

*/s/ L. Saundra White*
L. Saundra White,
Federal Bar # MD012370
3540 Crain Highway, #107
Bowie, Md 20716
(301) 574-3547
(240) 455–6491(Fax No)
E-mail: WhiteLegalGrp@aol.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN AND MILDRED ANTOINE** )<br>)<br>)<br>)<br>Plaintiffs )<br>v. )<br>)<br>**U.S. BANK NATIONAL ASSOCIATION,** et. al. ) | CASE NO: 1:07-cv-01518 |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES TO
SUPPORT MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT   RITA TING-HOPPER**

*I. BACKGROUND INFORMATION*

The Plaintiffs Jean and Mildred Antoine filed this action on August 27, 2007.  Defendants Draper and Goldberg, PLLC and Darren Goldberg were served on August 28, 2007 by a Private Process Server.  Also, on August 28, 2007, the Private Process Server gave a copy of the Plaintiffs complaint and summons for Defendant U. S. Bank, National Association (**Exhibit 1**) and Rita Ting Hopper ( **Exhibit 2**) to Defendant Darren Goldberg at the law office of Draper and Goldberg.  However, Defendant Darren Goldberg refused to accept the service documents and returned them to the Process Server.

On September 14, 2007, Defendants U.S. Bank, National Association, SG Mortgage Securities, Wells Fargo and ASC were served a copy of the complaint and summons.  On September 20, 2007, a Private Process Server attempted to serve Defendant Rita Ting-Hooper

2

(**Exhibit 3**) at the law office of Draper and Goldberg, PLLC in Leesburg, VA but the office refused to accept the service documents because Defendant Ting-Hopper was not available even though she is gainfully employed with the law office of Draper and Goldberg, PLLC.

On October 17, 2007, a Private Process Server attempted to serve the Plaintiffs' complaint and summons on Defendant Rita Ting-Hooper at her residence at 1800 N. Edgewood Street, Arlington, VA 22201 (**Exhibit 4**). However, even though it appeared that someone was present in the residence, no one answered the door. On October 18, 2007, a copy of the complaint and summons was mailed to Defendant Rita Ting-Hopper at 1800 N. Edgewood Street, Arlington, VA 22201 by priority mail (**Exhibit 5**).

All the Defendants have file responsive pleadings to Plaintiffs complaint except Defendant Rita Ting-Hopper. Defendant Rita Ting-Hopper is a real party in this matter because she is an employee or agent of Defendant Draper & Goldberg, PPLC, the debt- collector in this matter. Defendant Ting-Hopper initiated the illegal preforeclosure and foreclosure of Plaintiffs real property. Also, Defendant Ting-Hopper received $13,195.68 from the Plaintiffs as payment on their mortgage but failed to remit the funds to Defendant ASC., the loan server. Defendant Rita Ting-Hopper also failed to indicate to the D.C. Superior Court that Plaintiffs had remitted $13, 195.68 payment. Defendant Ting-Hooper authorized the foreclosure of Plaintiffs' real property even though Plaintiffs were not delinquent with respect to their payments and Plaintiffs had a current temporary restraining order that prevent Defendants from foreclosuring on Plaintiffs real property.

As a result of Defendant Rita Ting-Hopper's, Defendants U.S. Bank, National Association, SG Mortgage Securities, Draper and Goldberg, PLLC, Darren Goldberg, Wells

Fargo Bank and ASC illegal debt collection actions, foreclosure proceedings and other illegal and unethical actions, Plaintiffs have now incurred substantial legal fees, court costs, extreme financial losses, negative credit reports and credit scores, mental physical pain and anguish, and statutory and compensatory damages in an amount to exceed Two Million, Five Hundred Dollars ($2,500,000.00).

## II. ARGUMENT

Under Rule 12(a) of the Federal Rules of Civil Procedure, a defendant must serve an answer within twenty (20) days after being served with the summons and complaint. Rule 5 (b)(2)of the FRCP, a paper is served by: (a) handing it to the person; (b) leaving it: (i)at the person's office with a clerk or other person in charge or , if no one is in charge, in a conspicuous place in the office; or (ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there; ( c) mailing it to the person's last known address- in which event service is complete upon mailing; (d) leaving it with the court clerk if the person has no known address.

Under Rule 55 of the FRCP, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

In this matter, Defendant Rita Ting- Hopper has been served with the Plaintiffs' complaint and summons on four occasions. On August 28, 2007 and October 20, 2007, a Private Process Server attempted to serve Defendant Rita Ting-Hopper at her current place of employment (Draper & Goldberg) in accordance with Rule 5(b)(2)(b)(i) however, a member of

the firm, Defendant Darren Goldberg and a receptionist at Draper and Goldberg, PLLC refused to accept the summons and complaint. On October 17, 2007, a Private Process attempted to serve Defendant Ting-Hopper at her residence in accordance with Rule 5(b)(2)(b)(ii) but no one answered the door. Finally, on October 18, 2007, service was finally executed against Defendant Rita Ting-Hopper when the complaint and summons was mailed by priority mail to Ting-Hopper's last known address at 1800 N Edgewood Street, Arlington, VA 22201. The mail to Defendant Ting-Hopper was not returned.

    Defendant Ting-Hopper failed to comply with Rule 12(a)(1)(A((i) since she failed to serve her answer by November 7, 2007. Defendant Ting-Hopper was placed on notice of Plaintiffs' complaint on four occasions but failed to file a responsive pleading. Therefore, Plaintiff's Motion for a Default judgment should be granted against Defendant Rita Ting-Hopper.

    **WHEREFORE**, Plaintiffs pray that this Court will enter a default judgment pursuant to Fed. R. Civ. P. Rule 55 (a) against Defendant Rita Ting-Hopper and order any and all other relief that the Plaintiffs are entitled too.

*/s/ L. Saundra White*
L. Saundra White, #MD012370
3540 Crain Highway, #107
Bowie, Md 20716
(301) 574-3547
(240) 455-6491
E-mail: WhiteLegalGrp@aol.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2007, the foregoing was electronically filed via the United States District Court electronic filing system (CM/ECF system) to the following:

James E. Clarke / jamesec@drapgold.com

James Edward Forde/ jforde@tpw.com

Eric J. Hager / ehager@goodwinprocter.com

Thomas M. Hefferon/ thefferon@goodwinprocter.com

Service was mailed by first class mail to Defendant Rita Ting-Hopper at 1800 N. Edgewood Street, Arlington, VA 22201.

                                                    */s/ L. Saundra White*
                                                    L. Saundra White

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN AND MILDRED ANTOINE** | ) |
| | ) |
| | ) |
| Plaintiffs | ) CASE NO: <u>1:07-cv-01518</u> |
| v. | ) |
| | ) |
| **U.S. BANK NATIONAL ASSOCIATION,** et. al. | ) |

### ORDER

Upon consideration of Plaintiffs Motion for Default Judgment against Defendant Rita Ting-Hopper, any Opposition and the entire record thereto, it is this _____ day of _____, 20__,

**ORDERED**, That Plaintiffs' Motion for Default Judgment against Defendant Rita Ting-Hooper is **GRANTED**.

_____

JUDGE

cc: L. Saundra White / whitelegalgrp@aol.com

James E. Clarke /  jamesec@drapgold.com

James Edward Forde/  jforde@tpw.com

Eric J. Hager / ehager@goodwinprocter.com

Thomas M. Hefferon/ thefferon@goodwinprocter.com

Rita Ting-Hopper
1800 N. Edgewood Street
Arlington, VA 22201

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-28-07 |
| NAME OF SERVER (PRINT) Britney Whit | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Gave copy of complaint + Summons for Defendant U.S. Bank National Association to Darren Goldberg of Draper + Goldberg who were listed as Attorney for Defendant U.S. Bank National Association but Attorney gave it back to me + refused to accept it.

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-29-07
Date

Signature of Server

4312 A Rabella
Largo MD 20772
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-28-07 |
| NAME OF SERVER (PRINT) Britney Whit | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Gave copy of complaint + summons for Defendant Rita Ting-Hopper to Darren Goldberg (Partner at Draper & Goldberg) but Attorney Goldberg refused to accept it and returned it to me.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-29-07
_____
Date

Signature of Server

4312 Anabella
Largo, MD 20772
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 9/20/07 |
| NAME OF SERVER (PRINT) Barbara Redden | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Attempted to serve complaint & summons on Rita Ting-Hopper but Receptionist at Draper & Goldberg (Rita Ting Hopper's Place of employment) refused to accept papers because R. Ting-Hopper was unavailable.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 80.00 (gas) | $45.00 | $125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/14/07
Date

Signature of Server: Barbara Redden

Address of Server:
6418 Gwinnett Ln
Bowie, MD 20720

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/17/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Britney White | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Visited Residence of Rita Ting-Hopper at 1800 N. Edgewood Street, Arlington, VA 22201 to deliver Summons & Complaint at 7:00 p.m. but NO ONE answered the door.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35.00 | 45.00 | 80.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07
           Date        Signature of Server

4312 Arabelle
Largo, MD 20772
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/18/07 |
| NAME OF SERVER (PRINT) Britney White | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed Summons and Complaint to Rita Ting-Hoopu last known address at 1800 N. Edgewood Street, Arlington, VA 22201. By priority mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $5.25 (priority mail) | TOTAL $5.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07
            Date            Signature of Server

4312 Arabella
Largo, MD 20772
      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.