IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01518 |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| TRUSTEE FOR SG MORTGAGE ) | |
| SECURITIES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT RITA TING-HOPPER'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES**

COMES NOW, Rita Ting-Hopper by and through counsel, and files this Opposition to Plaintiff's Motion for Default Judgment pursuant to Federal Rules of Civil Procedure Rule 55 against attorney, Rita Ting-Hopper and as grounds therefore states the following:

1. Plaintiff is not entitled to a Default Judgment as requested under Rule 55 because: 1) Rita Ting-Hopper was not served with the Summons and Complaint and 2) Default has not been entered against Ms. Ting Hopper.

2. Pursuant to Rule 55(a), a party must be served with a summons and complaint pursuant to the Rule 5 prior to a default ordered to be entered.

3. Pursuant to the Affidavit of Rita Ting-Hopper, Ms. Ting-Hopper never received a copy of the summons and complaint allegedly sent by mail in October. The only document Ms. Ting-Hopper received was the Motion for Default Judgment, which was recently received on or about December 30, 2007, via mail. A true and correct copy of the Affidavit is attached as Exhibit "1."

4.	In addition, default has not been entered by this court. Default should not be entered because there is evidence before this court that Defendant Rita Ting-Hopper has not been properly served with the Summons and Complaint. See Affidavit Exhibit "1".

5.	Without proper service, Plaintiff's request for a default judgment prior to a default being entered is inappropriate and premature under Rule 55.

6.	Ms. Ting-Hopper did not refuse service; she simply was never served with the Summons and Complaint and prepares to file an appropriate response when service is actually completed by Plaintiff.

WHEREFORE, in consideration of the foregoing, Defendant Rita Ting-Hopper respectfully requests that this Court deny Plaintiff's request for Default Judgment against Rita Ting-Hopper and any such other and further relief the Court deems appropriate.

Respectfully Submitted,

/s/ James E. Clarke
James E. Clarke, Esq. #460826
L. Darren Goldberg
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia  20175
703-777-7101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01518 |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| TRUSTEE FOR SG MORTGAGE ) | |
| SECURITIES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

In consideration of Plaintiffs Motion for a Default Judgment Against attorney, Rita Ting-Hopper and the Opposition thereto with supporting Affidavit, it is this _____ day of

_____, 2008, by the US District Court for the District of Columbia

ORDERED that Plaintiff's Motion for Default Judgment is DENIED.

 

JUDGE, US District Court for the
District of Columbia

Copies to:

James Edward Forde
Thacher Proffitt & Wood, LLP
Two World Financial Center
27th Floor
New York, NY 10281

Eric J. Hager
James Edward Forde
Thacher Proffitt & Wood, LLP
Two World Financial Center
27th Floor
New York, NY 10281

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue
Washington, DC 20001

Lucille Saundra White
White & Associates, PA
3540 Crain Highway
Suite 107
Bowie, MD 20716

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Opposition to Motion for Default and Proposed Order was served via First Class Mail, U.S. and or electronically, this 4th day of January, 2008 to the following:

James Edward Forde
Thacher Proffitt & Wood, LLP
Two World Financial Center
27th Floor
New York, NY 10281

Eric J. Hager
James Edward Forde
Thacher Proffitt & Wood, LLP
Two World Financial Center
27th Floor
New York, NY 10281

Thomas M. Hefferon
Goodwin Procter LLP
901 New York Avenue
Washington, DC 20001

Lucille Saundra White
White & Associates, PA
3540 Crain Highway
Suite 107
Bowie, MD 20716

              /s/ James E. Clarke
              James E. Clarke, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. BANK NATIONAL ASSOCIATION, ) <br> TRUSTEE FOR SG MORTGAGE ) <br> SECURITIES, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:07-cv-01518 |

### AFFIDAVIT OF RITA TING-HOPPER IN SUPPORT OF
### OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

BE IT REMEMBERED that on this __4__ day of __January__, 2008, before me the undersigned subscriber, a Notary Public in and for the jurisdiction aforesaid, personally appeared Rita Ting-Hopper, attorney, who made oath in due form of law as follows:

1. I solemnly declare and affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.

2. I was never served with the Summons and Complaint of the above captioned case. I did not receive a Summons and Complaint by priority mail as suggested by Plaintiff's Motion for Default Judgment.

3. I did not refuse to accept service and was never approached for service at my place of work or at home. I am amenable to accept service but have never been contacted to accept service.

4.  The only notice I received regarding the above captioned case was the Motion for Default Judgment sent by mail at 1800 N. Edgewood St. on or about December 30, 2007.

_____
(Signature)
Printed Name: Rita Ting-Hopper
Title: Attorney at Law

The foregoing instrument was acknowledged before me this 4th day of January, 2008 by Rita Ting-Hopper

**Sworn to and subscribed** before me on this __4__ day of __January__ 2008.



NICOLE BECKER
NOTARY PUBLIC
COMMONWEALTH
OF VIRGINIA
My Commission Expires
May 31, 2009

Number 364443

_Nicole Becker_
Notary Public

My Commission expires: __5/31/09__