UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE,<br><br>　　　　　　　　　Plaintiffs,<br><br>– against –<br><br>U.S. BANK NATIONAL ASSOCIATION, ET. AL<br><br>　　　　　　　　　Defendants. | **ECF CASE**<br><br>07 CV 1518 (RMU) |

**NOTICE OF APPEARANCE**

**CLERK OF THE COURT:**

　　Please enter the appearance of:

　　　　Barbara D. Burke (Bar No. 422470)
　　　　THACHER PROFFITT & WOOD LLP
　　　　1700 Pennsylvania Avenue, NW
　　　　Suite 800
　　　　Washington, D.C. 20006
　　　　Tel.:　(202) 347-8400
　　　　Fax:　(202) 626-1930

as counsel for defendant SG Mortgage Securities LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/　　　Barbara D. Burke
　　　　　　　　　　　　　　　　　　　　Barbara D. Burke

**CERTIFICATE OF SERVICE**

      I, Barbara D. Burke, hereby certify that the foregoing Motion for Substitution of Counsel, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on March 21, 2008.

      /s/     Barbara D. Burke
      Barbara D. Burke

Case 1:07-cv-01518-RMU     Document 21     Filed 03/21/2008     Page 2 of 2