THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEAN AND MILDRED ANTOINE** | ) |
| | ) |
| | ) |
| Plaintiffs | ) CASE NO: 1:07-cv-01518 |
| v. | ) |
| | ) |
| **U.S. BANK NATIONAL ASSOCIATION,** et. al. | ) |

### PLAINTIFFS' REQUEST FOR A SCHEDULING ORDER

**NOW COMES** Plaintiffs Jean and Mildred Antoine by and through their counsel to respectfully request this Court to schedule an initial status conference and provide the following to support this request:

1. Plaintiff's complaint was filed on August 27, 2007.

2. All Defendants have answered the complaint except Defendant Rita Ting Hopper.

3. Defendant Rita Ting Hopper filed a Motion to Dismiss or in the alternative Motion for Summary Judgement in this matter.

4. Currently there are two outstanding motions in this matter that includes: (a) Plaintiffs Motion for a Default Judgment against Defendant Rita Ting-Hooper because she failed to timely answer the Complaint; and (b) Defendant Rita Ting-Hopper's Motion to Dismiss or in the alternative Motion for a Summary Judgement.

5. Currently pending is a civil matter in the Superior Court of the District of Columbia (Case No: 2007 CA 000688 R(RP)) that is against SG Mortgage Securities, LLC, one of the Defendants in this matter. This case is substantially related to this federal matter.

6. Plaintiffs' Motion to Continue the case of *Antoine v. SG Mortgage Securities, LLC* was granted by the D.C. Superior Court on February 25, 2008. The Court has continued this matter until September 26, 2008.

7. Defendants have begun to return and refuse to accept Plaintiffs' mortgage payments even though the District of Columbia Superior Court ordered that Defendant must accept Plaintiff's payments until this mater was settled and Defendants had previously accepted Plaintiffs' mortgage payments after the illegal foreclosures on June 7, 2007. **(Exhibit 1)**.

8. Also, Defendants remitted a 2007 Form 1099-A form to Plaintiffs alleging that Plaintiffs abandoned their real property and currently owes an outstanding balance of $339,108.18. (**Exhibit 2**). Also, Defendants admits on the Form 1099-A that it foreclosed and acquired Plaintiffs' real property on June 7, 2007 even though Defendant SG Mortgage Securities, LLC argued in D.C. Superior Court that it had not physically acquired Plaintiff's real property and Plaintiffs were still owners of the real property.

9. A scheduling order is needed to addressed Plaintiffs' federal issues and Defendants continuing violation of RESPA, Fair Debt Collection Practice Act and other federal and state laws.

10. Also, a scheduling order is needed immediately to comply with the D.C. Superior Court's initial status conference that is scheduled for September 26, 2008. The federal complaint must be resolved in order for Plaintiffs to go forward with the D.C. Superior Court case.

11. There has been no Court activity since the initial standing Order on October 11, 2007.

12. The Standing Order provided that the court would schedule an initial status conference after all defendants have answered the complaint.

**WHEREFORE** Plaintiffs Jean and Mildred Antoine prays that this Court will issue an

Order regarding the initial status conference on or before April 25, 2008

                                                          Respectfully submitted,

                                                          */s/ L. Saundra White*
                                                          L. Saundra White,
                                                          Federal Bar # MD012370
                                                          3540 Crain Highway, #107
                                                          Bowie, Md 20716
                                                          (301) 574-3547
                                                          (240) 455–6491(Fax No)
                                                          E-mail: WhiteLegalGrp@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of April, 2008, the foregoing was electronically filed via the United States District Court electronic filing system (CM/ECF system) to the following:

Eric J. Hager
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, D.C. 20001
ehager@goodwinprocter.com


Thomas M. Hefferon
Goodwin Procter, LLP
901 New York Avenue, NW
Washington, D.C. 20001
thefferon@goodwinprocter.com


James C. Clarke
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175-5654
jamesec@drapgold.com


Barbara D. Burke
Thacher, Proffitt & Wood
1700 Pennsylvania Avenue, NW
Suite 800
Washington, D.C.  20005-4704
bburke@tpw.com

                                             */s/ L. Saundra White*
                                             L. Saundra White

Des Moines, IA 50306-0388

October 05, 2007

Mildred Antoine
11301 Classical Ln
Silver Spring MD 20901

Dear Mildred Antoine :

RE: Loan Number 1292010088                                         Client 106

Enclosed please find your check(s) in the amount(s) of $3425.67.
We are returning the funds because they do not represent the total
amount due on your account.  Please be advised the return of these
funds shall not constitute a waiver of any remedy permitted under
the terms of your Mortgage or Deed of Trust.

Your loan is in a Foreclosure status at this time.  If you would
like to discuss the present condition of your loan, please
contact our attorney's office, DRAPER & GOLDBERG, PLLC,
at (703)777-7101.

Sincerely,


ASC
Foreclosure Department

FC025/SOA

ASC is required by the Fair Debt Collection
Practices Act to inform you that if your loan is currently delinquent
or in default, as your loan servicer, we will be attempting to collect
a debt, and any information obtained will be used for that purpose.
However, if you have received a discharge, and the loan was not
reaffirmed in the bankruptcy case, ASC will
only exercise its right as against the property and is not attempting
any act to collect the discharge debt from you personally.

| For Return Address Purposes Only | ☐ CORRECTED (if checked) | 1292010088 | 1099A |
|---|---|---|---|
| AMERICA'S SERVICING COMPANY<br>MAC X7801-013<br>3476 STATEVIEW BLVD.<br>FORT MILL, SC 29715 | OMB No. 1545-0877<br>**2007**<br>Substitute<br>Form 1099-A | Acquisition or<br>Abandonment of<br>Secured Property | 01/30/08<br>Copy B<br>For Borrower<br>(see back) |

LENDER'S name, street address, city, state, ZIP code, and telephone no.
Use for income tax purposes

ASC, A DIVISION OF WELLS FARGO BANK, NA
1 HOME CAMPUS X2401-049
DES MOINES IA 50328
866-517-4575

| LENDER'S Federal identification number | BORROWER'S identification number |
|---|---|
| 94-1347393 | 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 |

BORROWER'S name, street address (including apt. no.), city, state and ZIP code

018629

MILDRED ANTOINE
11301 CLASSICAL LN
SILVER SPRING, MD 20901

| 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding |
|---|---|
| 06/07/07 | $ 339,108.18 |
| 4 Fair market value of property | 5 Was borrower personally liable for repayment of the debt? |
| $ 364,365.00 | ☒ Yes  ☐ No |

6 Description of property

3196 18TH ST NE    WASHINGTON DC
20018

Account number (see instructions)    XXXXXX0088

Substitute Form 1099-A    (Keep for your records.)    Department of the Treasury-Internal Revenue Service