UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JEAN AND MILDRED ANTOINE, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-1518 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 14, 17 |
| | : | | |
| U.S. BANK NATIONAL ASSOCIATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### DENYING THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; GRANTING DEFENDANT'S MOTION TO DISMISS FRAUD CLAIM WITHOUT PREJUDICE

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 22nd day of April, 2008, it is hereby

**ORDERED** that the plaintiffs' motion for default judgment is **DENIED**, and it is

**FURTHER ORDERED** that the defendant's motion to dismiss is **GRANTED**, without prejudice.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge