IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. BANK NATIONAL ASSOCIATION, )<br>TRUSTEE FOR SG MORTGAGE )<br>SECURITIES, LLC, et al., )<br>)<br>    Defendants. )<br>) | Case No. 1:07-cv-01518 |

### **RULE 26(a)(1) DISCLOSURES**

Please find herein Draper & Goldberg, PLLC and L. Darren Goldberg's (collectively as "Defendants") preliminary disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, as follows:

**Rule 26(a)(1):**

(i) Individuals likely to have discoverable information.

   (1) L. Darren Goldberg, Esq.
      Draper & Goldberg, PLLC
      803 Sycolin Road, Suite 301
      Leesburg, Virginia 20175-5654
      703-777-7101

   (2) Christy Ashby, Foreclosure Manager
      Draper & Goldberg, PLLC
      803 Sycolin Road, Suite 301
      Leesburg, Virginia 20175-5654
      703-777-7101

   (3) Rita Ting-Hopper, Esq.
      Draper & Goldberg, PLLC
      803 Sycolin Road, Suite 301
      Leesburg, Virginia 20175-5654
      703-777-7101

(4) Yvonne Schiemer, Accounting
 Draper & Goldberg, PLLC
 803 Sycolin Road, Suite 301
 Leesburg, Virginia 20175-5654
 703-777-7101

(5) Anna Aita, Esq.
 14714 Main Street
 Second Floor
 Upper Marlboro, Maryland 20772

(6) Nathan H. Wasser, Esq.
 43 Greene Street
 Cumberland, Maryland 21502

(7) Alex Cooper Auctioneers, Inc.
 5301 Wisconsin Avenue NW
 Suite 750
 Washington, DC 20015

(8) Laura Waldron, DC Foreclosure Processor
 Draper & Goldberg, PLLC
 803 Sycolin Road, Suite 301
 Leesburg, Virginia 20175-5654
 703-777-7101

(9) James E. Clarke, Esq.
 Draper & Goldberg, PLLC
 803 Sycolin Road, Suite 301
 Leesburg, Virginia 20175-5654
 703-777-7101

(10) Document Custodian of U.S. Bank National Association

(11) Document Custodian of SG Mortgage Securities, LLC

(12) Document Custodian of Wells Fargo Bank National Association dba America's Servicing Company

(ii)  Description of documents or data compilations that may be used in support of claims or defenses.

    (1) Loan Documents on the subject property as identified in the Complaint (First and Second Mortgage) (America's Servicing Co.);

    (2) The accounting history and loan history related to the Deeds of Trust as identified in the Complaint (First and Second Mortgage) (America's Servicing Co.);

    (3) D & G Foreclosure file # 205860 (subject to privilege) including correspondence to Plaintiffs and Plaintiffs' counsel (Draper & Goldberg, PLLC);

    (5) Court Docket, Orders, Judgments, transcripts and records of the Superior Court of the District of Columbia Case No. 2007CA000688 related to claims filed by Plaintiffs; and

    (6) Filings, pleadings, public records and claims found in the District of Columbia related to Plaintiffs and the Deeds of Trust on the subject property.

(iii)  Computation of damages claimed.

    (1) Attorneys' fees and costs incurred by Defendants Draper & Goldberg, PLLC and L. Darren Goldberg through the date of trial will be calculated prior to the date of trial and submitted as a verified claim at trial.

(iv)  Any insurance agreement.

    (1)  Defendants are not aware of, nor do they intend to rely upon, any insurance agreements.

                                Respectfully Submitted,

                                /s/ James E. Clarke
                                James E. Clarke, Esq. #460826
                                L. Darren Goldberg #450336
                                JamesEC@drapgold.com
                                Draper & Goldberg, PLLC
                                803 Sycolin Road, Suite 301
                                Leesburg, Virginia  20175
                                703-777-7101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Rule 26(a)(1) Disclosures* was served via USPS First Class Mail and electronically, this 9th day of June, 2008, to the following:

James Edward Forde, Esq.
Thacher Proffitt & Wood, LLP
Two World Financial Center
27th Floor
New York, New York  10281


Barbara D. Burke, Esq.
Thacher Proffitt & Wood, LLP
1700 Pennsylvania Avenue NW
Suite 800
Washington, DC  20006


Eric J. Hager, Esq.
Thomas M. Hefferon, Esq.
Goodwin Procter, LLP
901 New York Avenue NW
Washington, DC  20001


Lucille Saundra White, Esq.
White & Associates, P.A.
3540 Crain Highway
Suite 107
Bowie, Maryland  20716


                                            /s/ James E. Clarke
                                            James E. Clarke, Esq.