REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: "E"

| CAUSE OF ACTION: Foreclosure | | | | |
|---|---|---|---|---|
| CASE NO: <br> C.A. 07-1518 | DATE REFERRED: <br> June 17, 2008 <br><br> DISPOSITION DATE: | PURPOSE: <br> Settlement Conference | JUDGE: <br> Ricardo M. Urbina | MAG. JUDGE <br> John M. Facciola |

| PLAINTIFF(S): <br> Jean Antoine, Et Al. | DEFENDANT(S): <br> U. S. Bank National Association, Et Al. |
|---|---|

ENTRIES:

Case referred to Magistrate Judge John M. Facciola for a Settlement Conference to be held on 11/17/2008, at 2:00 p.m.