IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEAN AND MILDRED ANTOINE ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07-cv-01518-RMU/JMF |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATUS REPORT

Pursuant to the Court's July 24, 2009 Minute Order, plaintiffs Jean and Mildred Antoine ("Plaintiffs"), defendants U.S. Bank, N.A., SG Mortgage Securities, LLC, Wells Fargo Bank, N.A., America's Servicing Company (collectively, the "Creditor Defendants"), and defendant Draper & Goldberg, PLLC have conferred and agreed to the following four dates for a status hearing:

1. November 9, 2009
2. November 10, 2009
3. November 12, 2009 (before 11 a.m.)
4. November 16, 2009.

Respectfully submitted,

*/s/* William W. Liles
Joseph F. Yenouskas (D.C. Bar No. 414536)
William W. Liles (Bar No. 996549)
Goodwin Procter LLP
901 New York Avenue NW
Washington, DC 20001
(202) 346-4000 (telephone)
(202) 346-4444 (facsimile)
jyenouskas@goodwinprocter.com
wliles@goodwinprocter.com
*Counsel for Creditor Defendants*

LIBW/1719551.1

<u>/s/ Dean L. Robinson</u>
Dean L. Robinson (D.C. Bar No. 443717)
Atlantic Law Group, LLC
803 Sycolin Road, Suite 301
Leesburg, VA 20175
(703) 777-7101 (telephone)
(703) 940-9110 (facsimile)
drobinson@atlanticlawgrp.com
*Counsel for defendant Draper and Goldberg, PLLC*

Dated: September 25, 2009

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of September, 2009, a copy of the foregoing Status Report filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a copy will be sent by U.S. mail to all non-registered parties.

/s/ William W. Liles
William W. Liles