UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JEAN ANTOINE *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-1518 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 82, 83 |
| | : | | |
| U.S. BANK NATIONAL ASSOCIATION *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## MEMORANDUM OPINION

### GRANTING THE CREDITOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING THE GOLDBERG DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 24th day of October, 2011, it is hereby

**ORDERED** that the creditor defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the Goldberg defendants' motion for summary judgment is also **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge